UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

In re:

MONTREAL MAINE & ATLANTIC RAILWAY, LTD.

Debtor.

Case No. 1:13-mc-00184-NT
1:14-cv-00071-NT
1:14-cv-00113-NT
through and including
1:14-cv-00130-NT

Chapter 11

## AGREED ORDER EXTENDING CERTAIN DEADLINES

This matter having come before the Court on the *Joint Motion of the Trustee, Annick Roy (o/b/o Jean-Guy Veilleux) and Marie-Josee Grimard (o/b/o Henriette Latulippe), and the Official Committee of Victims for Agreed Order Extending Certain Deadlines* (the "Joint Motion"), filed by the Movants in case 1:13-mc-00184-NT, seeking entry of an order extending certain deadlines as set forth in the *Report of Telephone Conference and Order* [D.E. 269]; and due and appropriate notice of the Joint Motion having been given; and the Court having reviewed the Joint Motion and having considered any objections and/or responses to the Joint Motion; and with the express consent of the Movants; the Court hereby **ORDERS**, **ADJUDGES**, and **DECREES** that:[1]

1. The Joint Motion is granted in its entirety.

2. The Settlement Deadline is extended to March 6, 2015.

3. The Amendment Clarification Deadline is extended to March 6, 2015.

Dated: February 20, 2015

/s/ Nancy Torresen_____
United States Chief District Judge

---

[1] Unless otherwise indicated, all capitalized terms used but not defined herein have the same meaning as ascribed to such terms in the Joint Motion.